JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| TRACY SMITH,<br><br>          Plaintiff,<br><br>     v.<br><br>ZACHERY MYERS, et al.,<br><br>          Defendant. | No. 5:25-cv-03096-HDV-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Complaint in this matter is dismissed without leave to amend and the action is dismissed without prejudice.

DATED:  __03/18/26__

_____
HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE